

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2020

No. 04-20-00399-CV

**CIRRUS DESIGN CORPORATION**,
Appellant

v.

Sydney **BERRA**, Individually and as Personal Representative of the Estate of Lee Berra, and on behalf of his surviving parents, Philip Berra and Ellen Berra,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01530
Honorable Monique Diaz, Judge Presiding

## O R D E R

    Appellee's second motion to extend time to file the appellee's brief is granted. We order the appellee's brief due January 18, 2021. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court